UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MIKAI WOLFF
2426 South 29th Street
Milwaukee, WI 53215,

                Plaintiff,                Case No. 26-cv-700

v.

MORRIES WEST BEND H, LLC
12520 Wayzata Boulevard,
Minnetonka, MN 55305

                Defendant.

---

## NOTICE OF REMOVAL

---

Pursuant to 28 U.S.C. §§ 1331, 1332, 1441, 1446(b)(3), and Fed. R. Civ. P. 81, Defendant Morries West Bend H, LLC ("Morries") hereby gives notice of removal of the action described below from the Circuit Court of the State of Wisconsin, Milwaukee County, to this Court, and in support thereof, states as follows:

1.      On December 29, 2025, Plaintiff Mikai Wolff ("Plaintiff") filed suit against Morries in the State of Wisconsin, Milwaukee County Circuit Court, under Case Number 2025CV11020.

2.      On April 3, 2026, Plaintiff amended her complaint to include two class action claims under 15 U.S.C. § 1681, *et seq.*

3.      This Notice of Removal has been timely filed within thirty days of receipt of the amended summons and complaint by Morries. *See* 28 U.S.C. § 1446(b)(3).

4.      A copy of Plaintiff's amended summons and complaint is attached as **<u>Exhibit 1</u>**.

## BASIS FOR FEDERAL JURISDICTION

5.      Plaintiff is "a natural person who resides in Milwaukee County, State of Wisconsin." *Amended Complaint*, ¶ 3. Plaintiff is therefore a citizen of the State of Wisconsin.

6.      Morries is a limited liability company with its principal office located in Minnetonka, Minnesota. *Id.*, ¶ 4.

7.      The original complaint asserted two causes of action under the Wisconsin Consumer Act ("WCA"), Wis. Stats. §§ 421 *et seq.*, related to an alleged vehicle repossession.

8.      The amended complaint retained the two original causes of action, but added two additional, class-action claims arising under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq.*

9.      This Court has original jurisdiction of this action under 28 U.S.C. § 1331 because the FCRA claims are based on federal law.

10.     Further, this Court has original jurisdiction of this action under 28 U.S.C. § 1332. The amount of damages claimed in the amended complaint is unspecified; however, Plaintiff individually seeks return of the vehicle that was the subject of the alleged repossession, along with actual damages, statutory damages, punitive damages, return of payments made towards the vehicle, and attorney fees and costs under Wis. Stat. § 425.308. Further, the amended complaint seeks damages under 15 U.S.C. §§ 1681n, 1681o, which entitle Plaintiff to actual damages up to $1,000, punitive damages, and attorney fees. Morries' understanding is that the amount in controversy, therefore, is an amount that exceeds $75,000.

11.     Thus, this Court has original jurisdiction of this action under 28 U.S.C. § 1332 because there is complete diversity of citizenship between Plaintiff and Morries and the amount in controversy exceeds $75,000.

2

12. Removal to the United States District Court for the Eastern District of Wisconsin is proper because it is the district embracing the place where the removed action was pending. *See* 28 U.S.C. § 1441(a).

13. This Notice of Removal is timely because it was filed within 30 days after receipt by the Defendant of the Amended Complaint.

14. Promptly after filing this Notice of Removal, Defendants will provide written notice of same to Plaintiff and will file with the Clerk of the Circuit Court of the State of Wisconsin, Milwaukee County, the Notice of Filing of Notice of Removal. *See* 28 U.S.C. § 1446(d).

15. Morries does not waive any defenses which may be available, including, but not limited to, insufficient service of process and the absence or impropriety of venue in this Court or in the court from this action has been removed.

WHEREFORE, Morries hereby gives notice of removal of this action now pending in the Circuit Court of the State of Wisconsin, Milwaukee County.

Dated this 22nd day of April, 2026.

BOARDMAN & CLARK LLP
By

*s/ Patrick L. Breen*
Patrick L. Breen, SBN 1102833
Nicholas Bratsos, SBN 1113225
Attorneys for Defendant,
Morries West Bend H, LLC
U.S. Bank Plaza, Suite 410
1 South Pinckney Street
P.O. Box 927
Madison, Wisconsin 53701-0927
(608) 257-9521
pbreen@boardmanclark.com
nbratsos@boardmanclark.com

3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that on April 22, 2026 a true and correct copy of the foregoing Notice of Removal was transmitted via e-mail and U.S. mail to the following:

Nathan E. DeLadurantey
136 E. Saint Paul Ave.
Waukesha, WI 53188

*s/ Patrick Breen*

4